**WESTBROOK STATE BANK,**
**Respondent,**

v.

**Everett JOHNSON, et al., Appellants,**

**Federal Land Bank of St. Paul, et al., Defendants.**

No. C5–84–696.

Supreme Court of Minnesota.

March 13, 1985.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Westbrook State Bank for further review of the decision of the Court of Appeals be, and the same is, granted and will be considered by the court en banc on the nonoral calendar. Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. No requests for extensions of time for the filing of briefs will be entertained.